**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff The Dong-A Ilbo
Chull S. Park, Esq. (No. 202681)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE DONG-A ILBO,**<br><br>      Plaintiff,<br><br>v.<br><br>**BO H. LIM, et al.,**<br><br>      Defendants. | Civil Action No. 08-2399 (GP)<br><br><br>**ECF CASE**<br><br><br>**STATUS REPORT** |

Pursuant to the Court's Order dated July 6, 2009, counsel for Plaintiff, The Dong-A Ilbo, has conferred with all other counsel and submits this status report regarding whether any party intends to file or has filed a bankruptcy petition.

1. Plaintiff, The Dong-A Ilbo, has not filed and does not intend to file a bankruptcy petition.

2. According to counsel for Defendant, David B. Lim a/k/a Bo H. Lim ("Defendant Lim"), Defendant Lim intends to file for bankruptcy protection on or about August 16, 2009 and will be involved in the mandated consumer credit counseling.

3. According to counsel for Defendant, The Korean Daily Tribune, Inc. ("KDT"), all of the assets of KDT were sold to Defendant, STV Networks, Inc. in February or March of 2008.

4. According to counsel for Defendant, Kook Jin Lee ("Defendant K. Lee"), Defendant K. Lee has not and does not intend to file a bankruptcy petition.

5. According to counsel for Defendant, The Korean Southeast News, Inc. ("Defendant KSN"), Defendant KSN has not and does not intend to file a bankruptcy petition.

6. According to counsel for Defendant, STV Networks, Inc. ("Defendant STV"), Defendant STV has not and does not intend to file a bankruptcy petition.

Respectfully submitted,

The Park Law Group, LLC
Attorneys for Plaintiff

By: _____
Chull S. Park (No. 202681)