# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE DONG-A ILBO,, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BO H. LIM, et al. | : | |
|     Defendants. | : | NO. 08-2399 |

## **O R D E R**

AND NOW, this 14th day of September, 2009, upon consideration of the Suggestion of Bankruptcy filed by Defendant David Lim (Docket No. 52), it is hereby ORDERED that all activity in this action is hereby STAYED until further order of the Court, and all remaining deadlines are cancelled.

It is FURTHER ORDERED that Counsel for the parties shall notify the Court as to any change in status of any party.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE.