Law Office of David J. Averett, P.C.
David J. Averett, Esquire
7719 Castor Avenue, Second Floor
Philadelphia, PA  19152
Identification # 43760
(215) 342-5024

Attorney For Defendants
Kook Jin Lee and
Southeast News, Inc., et al and
Donga Daily News, LLC, et al

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Dong-A Ilbo <br>         Plaintiff <br> v. | : | Civil Action No.  08-2399 |
| Bo H. Lim, et al <br>         Defendant <br> and | : | |
| Kook Jin Lee, et al <br>         Defendant <br> and | : | |
| The Korean Daily Tribune, Inc., et al <br>         Defendant <br> and | : | |
| Southeast News, Inc., a/k/a <br> The Korean Southeast News, et al <br>         Defendant | : | |
| and | : | |
| Chosun Daily News, LLC d/b/a <br> The Chosun Daily News - Atlanta, <br> d/b/a Donga Daily News, et al <br>         Defendant | : | |

### ANSWER OF KOOK JIN LEE, SOUTHEAST NEWS, INC. AND DONGA DAILY NEWS, LLC TO MOTION TO MODIFY THE ORDER ENTERED SEPTEMBER 15, 2009 AND LIFT THE AUTOMATIC STAY AS TO NON-DEBTOR DEFENDANTS

## I. ARGUMENT:

The Defendants do not dispute that the automatic stay entered in connection with the bankruptcy petition filed by Defendant, Bo H. Lim, applies only to Mr. Lim and not to Defendants, Kook Jin Lee, Southeast News, Inc and Donga Daily News, LLC. Defendants, therefore, do not oppose the Motion to Lift the Automatic Stay as to the Non-Debtor Defendants in this action.

Nevertheless, as a consequence of the bankruptcy petition filed by Defendant, Lim, the only real defendants remaining in this case are Kook Jin Lee and his businesses, Southeast News, Inc. and Donga Daily News, LLC.

The claims against Defendant, Bo Hi Lim, are currently subject to the bankruptcy automatic stay and ultimately will be subject to his bankruptcy discharge. The claims against The Korean Daily Tribune, Inc. and STV Networks, Inc. are claims in name only, but are not material to this action. Neither company continues to operate and do business and neither company has assets which can be a source of recovery for plaintiff. Defendant, Lim's two businesses remain as named defendants in this case solely to give Plaintiff an argument that the case has a nexus with the Commonwealth of Pennsylvania.

As a practical matter, the only remaining substantive claims in this action are the claims against the Georgia Defendants, Kook Jin Lee, Southeast News, Inc. and Donga Daily News, LLC.

It is, therefore, submitted to the court that once the automatic stay is lifted as to the non-debtor defendants, that this case should be dismissed and/or transferred to the State of Georgia or South Korea for further proceedings. Defendants' outstanding Motion to Dismiss is incorporated hereby as if set forth at length.

WHEREFORE, Defendants, Kook Jin Lee, Southeast News, Inc. and Donga Daily News, LLC, do not oppose the Motion to Lift the Automatic Stay as to the non-debtor defendants. Furthermore, Defendants request This Honorable Court to grant the Motion to Dismiss of Defendants, Kook Jin Lee, Southeast News, Inc. and Donga Daily News, LLC, once the automatic stay is lifted as to the co-defendants.

By:

_____
David J. Averett, Esquire
Attorney for Defendants, Kook Jin Lee,
Southeast News, Inc. and
Donga Daily News, LLC.

| | |
|---|---|
| Law Office of David J. Averett, P.C.<br>David J. Averett, Esquire<br>7719 Castor Avenue, Second Floor<br>Philadelphia, PA  19152<br>Identification # 43760<br>(215) 342-5024 | Attorney For Defendants<br>Kook Jin Lee and<br>Southeast News, Inc., et al and<br>Donga Daily News, LLC, et al |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Dong-A Ilbo<br>          Plaintiff<br>     v. | : | Civil Action No.  08-2399 |
| Bo H. Lim, et al<br>          Defendant<br>     and | : | |
| Kook Jin Lee, et al<br>          Defendant<br>     and | : | |
| The Korean Daily Tribune, Inc., et al<br>          Defendant<br>     and | : | |
| Southeast News, Inc., a/k/a<br>The Korean Southeast News, et al<br>          Defendant | : | |
| and | : | |
| Chosun Daily News, LLC d/b/a<br>The Chosun Daily News - Atlanta,<br>d/b/a Donga Daily News, et al<br>          Defendant | : | |

**CERTIFICATE OF SERVICE OF ANSWER AND BRIEF OF KOOK JIN LEE, SOUTHEAST NEWS, INC. AND DONGA DAILY NEWS, LLC TO MOTION TO MODIFY THE ORDER ENTERED SEPTEMBER 15, 2009 AND LIFT THE AUTOMATIC STAY AS TO NON-DEBTOR DEFENDANTS**

David J. Averett, Esquire, attorney for Defendants hereby certifies that he did serve a true and correct copy of the above Answer and Brief upon the following persons by regular mail on March 12, 2010 at the following addresses:

Chull S. Park, Esquire
23 S. Warren Street
Second Floor
Trenton, NJ 08608

Young Wan Lee, Esquire
2009 Chestnut Street
Philadelphia, PA 19103

John Livingood, Esquire
The Curtis Center
170 S. Independence Mall West
Suite 400E
Philadelphia, PA 19106

By:

_____
David J. Averett, Esquire
Attorney for Defendants, Kook Jin Lee,
Southeast News, Inc. and
Donga Daily News, LLC.