Law Office of David J. Averett, P.C.
David J. Averett, Esquire
7719 Castor Avenue, Second Floor
Philadelphia, PA  19152
Identification # 43760
(215) 342-5024

Attorney For Defendants
Kook Jin Lee and
Southeast News, Inc., et al and
Donga Daily News, LLC, et al

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Dong-A Ilbo<br>    Plaintiff<br>v. | : | Civil Action No.  08-2399 |
| Bo H. Lim, et al<br>    Defendant<br>and | : | |
| Kook Jin Lee, et al<br>    Defendant<br>and | : | |
| The Korean Daily Tribune, Inc., et al<br>    Defendant<br>and | : | |
| Southeast News, Inc., a/k/a<br>The Korean Southeast News, et al<br>    Defendant<br>and | : | |
| Chosun Daily News, LLC d/b/a<br>The Chosun Daily News - Atlanta,<br>d/b/a Donga Daily News, et al<br>    Defendant | :<br>: | |

**BRIEF IN SUPPORT OF ANSWER OF KOOK JIN LEE,
SOUTHEAST NEWS, INC. AND DONGA DAILY NEWS, LLC TO MOTION
TO MODIFY THE ORDER ENTERED SEPTEMBER 15, 2009 AND LIFT
THE AUTOMATIC STAY AS TO NON-DEBTOR DEFENDANTS**

The Brief of Defendants, Kook Jin Lee, Southeast News, Inc. and Donga Daily News, LLC in support of Defendants' Amended Motion to Dismiss the Amended Complaint, is incorporated herein by reference as if set forth at length.

By:

_____
David J. Averett, Esquire
Attorney for Defendants, Kook Jin Lee,
Southeast News, Inc. and Donga Daily News, LLC.